IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY LEE PHILLIPS,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

No. 1:09-cv-1513-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given the legal issues *de novo* review. I agree with Magistrate Judge Clarke that the ALJ's decision was based on

1 - ORDER

correct legal standards and supported by substantial evidence. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this __/__ day of February, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER